

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

No. 04-14-00542-CV

**CITY OF LEON VALLEY**, Texas, Unknown Employee(s) of City of Leon Valley, and Irene Baldridge,
Appellants

v.

**WM. RANCHER ESTATES JOINT VENTURE**, Rafael Alfaro, Jose Alfaro, Carman Alfaro, Daniel Bee, Robert Caldwell, Anne Caldwell, Earl Doderer, Sylvia Doderer, James Dowdy, Betty Dowdy, Issac Elizondo, Suzanne Elizondo, Roberto Galindo, Erma Galindo, Et al.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-03399
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellees' brief was due December 30, 2014, after this court granted a thirty-day extension of time to file the brief. Appellees have now filed a second motion to extend time to file their brief, asking for an additional thirty days. The request is unopposed. We **GRANT** appellee's motion and **ORDER** appellees to file their brief on or before January 29, 2015. Appellees are advised that no further extensions of time will be granted absent written proof of extraordinary circumstances.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court